United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TONYA GRANGER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3027 |
| | § | |
| LIGHTHOUSE PROPERTY INSURANCE | § | |
| CORPORATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING REMAND

This cause having come on for hearing on the motion of the plaintiff, Tonya Granger, to remand this action to the 151st Judicial District Court, Harris County, Texas, and the Court having considered the arguments of counsel submitted in support of and against this motion, it appears to the Court that the pleading, arguably support a cause of action against Timothy Alan Mercer and that he is a citizen of the state of Texas. Therefore, the plaintiff's claims against Mercer cannot be dismissed or disregarded.

It is ORDERED that the plaintiff's motion to abstain and remand is Granted. The case is ORDERED remanded to the 151st judicial District Court of Harris County, Texas.

It is so ORDERED.

SIGNED on this 28th day of November, 2017.

_____
Kenneth M. Hoyt
United States District Judge